IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUDGMENT IN A CIVIL CASE

JOSE LUIS ALVAREZ TORRES,

    Plaintiff,

v.                                       CASE NUMBER:   1:21-cv-01002-JDB-jay

SHOGUN SUSHI HIBACHI, INC.,

    Defendant.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on September 13, 2021, this matter is hereby DISMISSED with prejudice.

**APPROVED:**

                                                        **s/ J. DANIEL BREEN**
                                                        **UNITED STATES DISTRICT JUDGE**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**